AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:16-cv-01535-RGK (SPx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  *University Accounting Service, LLC*
was received by me on *(date)*  *July 15, 2016* .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  *John McClain* , who is
designated by law to accept service of process on behalf of *(name of organization)*  *CT Corporation*
*System* at *11:16 a.m.* on *(date)* *July 18, 2016* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *07/18/2016*          _____
                                                          *Server's signature*

                                     *Chad Tetting   Private Detective*
                                                          *Printed name and title*


                                     *579 D'Onofrio Dr. Madison, WI 53719*
                                                          *Server's address*

Additional information regarding attempted service, etc: