AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-01535-RGK (SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Balboa Student Loan Trust c/o Wilmington Savings Fund Society, FSB
was received by me on *(date)* 7/15/2016

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patty Smith , who is
designated by law to accept service of process on behalf of *(name of organization)* Balboa Student Loan Trust c/o
Wilmington Savings Fund Society, FSB   on *(date)* 7/20/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/21/2016

*Server's signature*

Stephen A. Kempski, Process Server
*Printed name and title*

1201 N Orange St., Ste 714, Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: