ANNE RICHARDSON SBN 151541
arichardson@publiccounsel.org
MAGDALENA REYES BORDEAUX – SBN 195671
mbordeaux@publiccounsel.org
CHARLES EVANS – SBN 251780
cevans@publiccounsel.org
L. ADELAIDE ANDERSON – SBN 270966
aanderson@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel.:  (213) 385-2977 | Fax:  (213) 385-9089

*Counsel for Plaintiff and Proposed Classes*
[Additional Counsel List Follows Caption]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DEBORAH TERRELL, an individual, on behalf of herself and similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY ACCOUNTING SERVICE, LLC, a Wisconsin limited liability company; BALBOA STUDENT LOAN TRUST, a Delaware statutory trust; TURNSTILE CAPITAL MANAGEMENT, a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 5:16-01535-RGK-(SPx)<br><br>**NOTICE OF STANDING ORDER** |

1

*Additional Counsel for Plaintiff and Proposed Classes*

FREDRIC D. WOOCHER – SBN 96689
fwoocher@strumwooch.com
JENNA L. MIARA – SBN 305703
jmiara@strumwooch.com
DALE K. LARSON – State Bar No. 266165
dlarson@strumwooch.com
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Tel.: (310) 576-1233 | Fax: (310) 319-0156

DAN STORMER – SBN 101967
dstormer@hadsellstormer.com
CAITLAN MCLOON - SBN 302798
cmcloon@hadsellstormer.com
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel.: (626) 585-9600 | Fax: (626) 577-7079

2

*Terrell v. University Accounting Service, LLC, et al.*
PLAINTIFF'S NOTICE OF STANDING ORDER
Case No. 5:16-01535-RGK-(SPx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the above-captioned case has been assigned to the calendar of the Honorable R. Gary Klausner and that Judge Klausner has issued a Standing Order governing this case, attached to this Notice as Exhibit 1.

Dated: August 2, 2016

PUBLIC COUNSEL
Anne Richardson
Magdalena Reyes Bordeaux
Charles Evans
L. Adelaide Anderson

STRUMWASSER & WOOCHER LLP
Fredric D. Woocher
Jenna L. Miara
Dale K. Larson

HADSELL STORMER & RENICK LLP
Dan Stormer
Caitlan McLoon

By:   /s/ Dale K. Larson
        Dale K. Larson

Attorneys for Plaintiff
*Deborah Terrell*

3

*Terrell v. University Accounting Service, LLC, et al.*
PLAINTIFF'S NOTICE OF STANDING ORDER
Case No. 5:16-01535-RGK-(SPx)