DOUGLAS R. COX – *pro hac vice pending*
dcox@gibsondunn.com
LUCAS C. TOWNSEND – *pro hac vice pending*
ltownsend@gibsondunn.com
RUSSELL B. BALIKIAN – *pro hac vice pending*
rbalikian@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:   202.955.8500
Facsimile:    202.467.0539

JAMES L. ZELENAY JR. – SBN 237339
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7449
Facsimile:    213.229.6449

*Attorneys for Defendant*
*Turnstile Capital Management, LLC*

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEBORAH TERRELL, an individual, on behalf of herself and similarly situated persons,<br><br>                Plaintiff,<br><br>       v.<br><br>UNIVERSITY ACCOUNTING SERVICE, LLC; BALBOA STUDENT LOAN TRUST; TURNSTILE CAPITAL MANAGEMENT, LLC; and DOES 1 through 10,<br><br>                Defendants. | Case No. 5:16-cv-01535-RGK-SP<br><br>**NOTICE OF INTERESTED PARTIES** |

Gibson, Dunn &
Crutcher LLP

The undersigned, counsel of record for Defendant Turnstile Capital Management, LLC, certifies that the following listed entities may have a pecuniary interest in the outcome of this case.  These representations are made according to Local Rule 7.1-1 to enable the Court to evaluate possible disqualification or recusal.

    Goal Structured Solutions, Inc.

    Turnstile Capital Management, LLC

Dated: August 5, 2016

    DOUGLAS R. COX  
    LUCAS C. TOWNSEND  
    JAMES L. ZELENAY JR.  
    RUSSELL B. BALIKIAN  
    GIBSON, DUNN & CRUTCHER LLP

    By: /s/ James L. Zelenay Jr.  
           James L. Zelenay Jr.

*Attorneys for Defendant*  
*Turnstile Capital Management, LLC*