James K. Schultz, Esq. (SBN 309945)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
jschultz@sessions.legal

Attorney for University Accounting Service, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEBORAH TERRELL, an individual, on behalf of herself and similarly situated persons, | Case No.: 5:16-CV-01535-RGK-SP |
| | ANSWER TO COMPLAINT |
| Plaintiff, | |
| vs. | |
| UNIVERSITY ACCOUNTING SERVICE, LLC., et al. | |
| Defendant. | |

Defendant, University Accounting Service, LLC. (hereinafter "UAS"), for itself alone, responds to the Complaint filed by Plaintiff, Deborah Terrell, as follows:

## **INTRODUCTION**

1.     UAS denies the allegations contained in ¶ 1 for lack of knowledge or information sufficient to form a belief therein.

2.     UAS denies the allegations contained in ¶ 2 for lack of knowledge or information sufficient to form a belief therein.

3.     UAS denies the allegations contained in ¶ 3 for lack of knowledge or information sufficient to form a belief therein.

4.     UAS denies the allegations contained in ¶ 4 for lack of knowledge or information sufficient to form a belief therein.

5.     UAS denies the allegations contained in ¶ 5 for lack of knowledge or information sufficient to form a belief therein.

6.     UAS denies the allegations contained in ¶ 6 for lack of knowledge or information sufficient to form a belief therein.

7.     UAS admits, upon information and belief, that Corinthian sold accounts to Turnstile, who subsequently placed the account with Balboa.  Except as specifically admitted, UAS denies the allegations contained in ¶ 7 for lack of knowledge or information sufficient to form a belief therein.

8.     UAS denies the allegations contained in ¶ 8 for lack of knowledge or information sufficient to form a belief therein.

9.     UAS denies the allegations contained in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10.    UAS admits it was retained in 2015 to service accounts allegedly held by Balboa.  Except as specifically admitted, UAS denies the allegations contained in ¶ 10.

11.    UAS denies the allegations contained in ¶ 11 and further denies that this lawsuit meets the requirements of a class action.

## JURISDICTION AND VENUE

12.    UAS denies the allegations contained in ¶ 12 as calling for a legal conclusion.

13.    UAS denies the allegations contained in ¶ 13 as calling for a legal conclusion.

14.    UAS admits the allegations contained in ¶ 14 for jurisdictional purposes only.

## PARTIES

15.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 15, and based thereon denies the same.

16.    UAS admits that it is a Wisconsin limited liability company.  Except as specifically admitted, UAS denies the allegations contained in ¶ 16.

17.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 17, and based thereon denies the same.

18.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 18, and based thereon denies the same.

19.     UAS denies the allegations contained in ¶ 19 and further denies that this lawsuit meets the requirements of a class action.

20.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 20, and based thereon denies the same.

## FACUTAL ALLEGATIONS

**Corinthian's Business Model and Loan Program**

21.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 21, and based thereon denies the same.

22.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 22, and based thereon denies the same.

23.     The federal regulations speak for themselves and are the best evidence of their content.   To the extent that plaintiff states otherwise, the allegations contained in ¶ 23 are denied.

24.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 24, and based thereon denies the same.

25.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 25, and based thereon denies the same.

26.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 26, and based thereon denies the same.

27.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 27, and based thereon denies the same.

28.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 28, and based thereon denies the same.

29.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 29, and based thereon denies the same.

30.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 30, and based thereon denies the same.

31.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 31, and based thereon denies the same.

32.    The Complaint speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 32.

33.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 33, and based thereon denies the same.

34.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 34, and based thereon denies the same.

35.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 35, and based thereon denies the same.

36.     The Complaint speaks for itself and is the best evidence of its contents.   To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 36.

37.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 37, and based thereon denies the same.

38.     Exhibit A speaks for itself and is the best evidence of its contents.   To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 38.

39.     Exhibit A, page 8-10 speaks for itself and is the best evidence of its contents.   To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 39.

40.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 40, and based thereon denies the same.

41.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 41, and based thereon denies the same.

42.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 42, and based thereon denies the same.

43.   The Complaint speaks for itself and is the best evidence of its contents.   To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 43.

44.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 44, and based thereon denies the same.

45.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 45, and based thereon denies the same.

46.   UAS admits, upon information and belief, that Corinthian sold accounts to Turnstile.   Except as specifically admitted, UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 46, and based thereon denies the same.

47.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 47, and based thereon denies the same.

48.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 48, and based thereon denies the same.

49.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 49, and based thereon denies the same.

50.   Exhibit B speaks for itself and is the best evidence of its contents.   To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 50.

51.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 51, and based thereon denies the same.

52.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 52, and based thereon denies the same.

53.    Exhibit C speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 53.

54.    Exhibit C, pages 5-6 speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 54.

55.    Exhibit C, page 7 speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 55.

56.    Exhibit C, pages 7-8 speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 56.

57.    Exhibit C, page 8-9 speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 57.

58.     Exhibit C, page 9-10 speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 58.

59.     Exhibit D speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 59.

60.     Exhibit D speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 60.

61.     Exhibit D speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 61.

62.     Exhibit D speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 62.

63.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 63, and based thereon denies the same.

64.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 64, and based thereon denies the same.

65.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 65, and based thereon denies the same.

## FACTS REGARDING NAMED PLAINTIFF

66.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 66, and based thereon denies the same.

67.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 67, and based thereon denies the same.

68.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 68, and based thereon denies the same.

69.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 69, and based thereon denies the same.

70.     UAS admits, upon information and belief, that plaintiff enrolled at Everest College on June 10, 2014. Except as specifically admitted, UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 70, and based thereon denies the same.

71.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 71, and based thereon denies the same.

72.     UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 72, and based thereon denies the same.

73.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 73, and based thereon denies the same.

74.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 74, and based thereon denies the same.

75.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 75, and based thereon denies the same.

76.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 76, and based thereon denies the same.

77.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 77, and based thereon denies the same.

78.    UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 78, and based thereon denies the same.

79.    UAS admits it began servicing plaintiff's account on or about June 1, 2015.  The letters UAS sent in relation to the servicing of the account speak for themselves and are the best evidence of their content.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 79.

80.    UAS denies the allegations contained in ¶ 80.

81.    UAS denies the allegations contained in ¶ 81.

82.    UAS denies the allegations contained in ¶ 82.

## **CLASS ACTION ALLEGATIONS**

83.     UAS admits plaintiff purports to bring this class action pursuant to Rule 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure, but denies any violations, wrongdoing or liability and further denies that this lawsuit meets the requirements of a class action.

84.     UAS admits that plaintiff requests certification of two classes as defined in ¶ 84, but denies the allegations and further denies that this lawsuit meets the requirements of a class action.

85.     UAS denies the allegations contained in ¶ 85 and further denies that this lawsuit meets the requirements of a class action.

86.     UAS denies the allegations contained in ¶ 86 and further denies that this lawsuit meets the requirements of a class action.

87.     UAS denies the allegations contained in ¶ 87 and further denies that this lawsuit meets the requirements of a class action.

88.     UAS denies the allegations contained in ¶ 88 and further denies that this lawsuit meets the requirements of a class action.

89.     UAS denies the allegations contained in ¶ 89 and further denies that this lawsuit meets the requirements of a class action.

90.     UAS denies the allegations contained in ¶ 90 and further denies that this lawsuit meets the requirements of a class action.

91.     UAS denies the allegations contained in ¶ 91 and further denies that this lawsuit meets the requirements of a class action.

92.     UAS denies the allegations contained in ¶ 92 and further denies that this lawsuit meets the requirements of a class action.

93.     UAS denies the allegations contained in ¶ 93 and further denies that this lawsuit meets the requirements of a class action.

94.     UAS denies the allegations contained in ¶ 94 and further denies that this lawsuit meets the requirements of a class action.

95.     UAS denies the allegations contained in ¶ 95 and further denies that this lawsuit meets the requirements of a class action.

96.     UAS denies the allegations contained in ¶ 96 and further denies that this lawsuit meets the requirements of a class action.

## FIRST CAUSE OF ACTION
### CLASS VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § § 1692, *et. seq.*
(Brought on behalf of members of the Debt Collection Class against Defendants UAS and Does 1 through 5, inclusive)

97.     UAS reasserts the foregoing as if fully incorporated herein.

98.     The FDCPA speaks for itself and is the best evidence of its contents. To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 98.

99.     UAS denies the allegations contained in ¶ 99 and further denies that this lawsuit meets the requirements of a class action.

100.    UAS denies the allegations contained in ¶ 100 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

101.    UAS denies the allegations contained in ¶ 101 as calling for a legal conclusion.

102.    UAS denies the allegations contained in ¶ 102.

103.    UAS denies the allegations contained in ¶ 103.

104.    UAS denies the allegations contained in ¶ 104 and further denies that this lawsuit meets the requirements of a class action.

105.    UAS denies the allegations contained in ¶ 105.

106.    UAS denies the allegations contained in ¶ 106 and further denies that this lawsuit meets the requirements of a class action.

In response to the paragraph beginning with WHEREAS under the First Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

## SECOND CAUSE OF ACTION
## CLASS VIOLAITONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, California Civil Code § 1788, *et seq.*

107.    UAS reasserts the foregoing as if fully incorporated herein.

108.   The Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq,* speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 108.

109.   UAS denies the allegations contained in ¶ 109 as calling for a legal conclusion.

110.   UAS denies the allegations contained in ¶ 110 as calling for a legal conclusion.

111.   UAS denies the allegations contained in ¶ 111 as calling for a legal conclusion.

112.    UAS denies the allegations contained in ¶ 112 and further denies that this lawsuit meets the requirements of a class action.

113.   UAS denies the allegations contained in ¶ 113.

114.   UAS denies the allegations contained in ¶ 114 and further denies that this lawsuit meets the requirements of a class action.

In response to the paragraph beginning with WHEREAS under the Second Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

### THIRD CAUSE OF ACTION
**CLASS VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT, California Civil Code § 1750, *et seq.***
(Brought on behalf of members of the Balboa Debt Discharge Class against Defendants Turnstile, Balboa, and Does 6 through 10, inclusive

115.   UAS reasserts the foregoing as if fully incorporated herein.

116.   The terms of the student loan contracts speak for themselves and are the best evidence of their content.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 116.

117.   UAS denies the allegations contained in ¶ 117 as calling for a legal conclusion and further denies that this lawsuit meets the requirements of a class action.

118.   UAS denies the allegations contained in ¶ 118 and further denies that this lawsuit meets the requirements of a class action.

119.   The Consumer Legal Remedies Act speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 119.

120.   UAS denies the allegations contained in ¶ 120 as calling for a legal conclusion and further denies that this lawsuit meets the requirements of a class action.

121.   UAS denies the allegations contained in ¶ 121 as calling for a legal conclusion.

122.   UAS denies the allegations contained in ¶ 122 as calling for a legal conclusion.

123.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 123, and based thereon denies the same.

124.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 124, and based thereon denies the same.

125.   UAS lacks sufficient information to form a belief as to the truth of the matters alleged in ¶ 125 and based thereon denies the same.

In response to the paragraph beginning with WHEREAS under the Third Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

### FOURTH CAUSE OF ACTION
### CLASS VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE § 17200, *et seq.*
(Brought on behalf of members of both Classes against All Defendants)

126.   UAS reasserts the foregoing as fully incorporated herein.

127.   The California Business & Professions Code § 17200 *et seq*. speaks for itself and is the best evidence of its contents.  To the extent that plaintiff states otherwise, UAS denies the allegations contained in ¶ 127.

128.   UAS denies the allegations contained in ¶ 128.

129.   UAS denies the allegations contained in ¶ 129.

130.   UAS denies the allegations contained in ¶ 130.

131.   UAS denies the allegations contained in ¶ 131.

132.   UAS denies the allegations contained in ¶ 132 and further denies that this lawsuit meets the requirements of a class action.

133.   UAS denies the allegations contained in ¶ 133.

134.   UAS denies the allegations contained in ¶ 134.

135.   UAS denies the allegations contained in ¶ 135 and further denies that this lawsuit meets the requirements of a class action.

136.   UAS denies the allegations contained in ¶ 136 and further denies that this lawsuit meets the requirements of a class action.

137.   UAS denies that plaintiff is entitled to the relief sought in ¶ 137 and further denies that this lawsuit meets the requirements of a class action.

In response to the paragraph beginning with WHEREAS under the Fourth Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

### FIFTH CAUSE OF ACTION
### CLASS REQUEST FOR DECLATORY JUDGMENT
### UNDER 28 U.S.C. § 2201
(Brought by members of the Balboa Debt Discharge Class against all Defendants)

138.   UAS reasserts the foregoing as if fully incorporated herein.

139.   UAS denies the allegations contained in ¶ 139 and further denies that this lawsuit meets the requirements of a class action.

140.   UAS denies the allegations contained in ¶ 140 and further denies that this lawsuit meets the requirements of a class action.

UAS's Answer to Complaint

141.   UAS denies the allegations contained in ¶ 141 and further denies that this lawsuit meets the requirements of a class action.

142.   UAS denies the allegations contained in ¶ 142 and further denies that this lawsuit meets the requirements of a class action.

143.   UAS denies the allegations contained in ¶ 143.

144.   UAS denies the allegations contained in ¶ 144 and further denies that this lawsuit meets the requirements of a class action.

145.   UAS denies that plaintiff is entitled to the relief sought in ¶ 145 and further denies that this lawsuit meets the requirements of a class action.

In response to the paragraph beginning with WHEREAS under the Fifth Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

## SIXTH CAUSE OF ACTION
### INDIVIDUAL VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § § 1692, *et. seq.*
(Brought by Plaintiff Deborah Terrell against Defendants UAS and Does 1 through 5, inclusive)

146.   UAS reasserts the foregoing as if fully incorporated herein.

147.   UAS denies the allegations contained in ¶ 147.

148.   UAS denies the allegations contained in ¶ 148.

149.   UAS denies the allegations contained in ¶ 149.

150.   UAS denies the allegations contained in ¶ 150.

151.   UAS denies the allegations contained in ¶ 151.

In response to the paragraph beginning with WHEREAS under the Sixth

Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

## SEVENTH CAUSE OF ACTION
## INDIVIDUAL VIOLATIONS OF THE ROSENTHAL FAIR DEBT
## COLLECTION PRACTICES ACT, California Civil Code § 1788, *et. seq.*
(Brought by Plaintiff Deborah Terrell against Defendants UAS and
Does 1 through 5, inclusive)

152.   UAS reasserts the foregoing as if fully incorporated herein.

153.   UAS denies the allegations contained in ¶ 153.

154.   UAS denies the allegations contained in ¶ 154.

155.   UAS denies the allegations contained in ¶ 155.

156.   UAS denies the allegations contained in ¶ 156.

In response to the paragraph beginning with WHEREAS under the Seventh

Cause of Action, UAS denies that plaintiff is entitled to the relief sought.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

UAS alleges Plaintiff's Complaint should be dismissed because the various

causes of action fail to state claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

UAS alleges, pursuant to 15 U.S.C. § 1692k(c), to the extent that a

violation(s) is established, any such violation(s) was not intentional and resulted

from a bona fide error notwithstanding maintenance of procedures reasonably adapted to avoid any such error.

### THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, UAS alleges, pursuant to California Civil Code § 1788.30(e), to the extent that a violation(s) is established, any such violation(s) was not intentional and resulted from a bona fide error notwithstanding maintenance of procedures reasonably adapted to avoid any such violation.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, UAS alleges, pursuant to California Civil Code § 1788.30(a)-(b), to the extent that a violation(s) is established, any such violation(s) was not knowing or willful.

### FIFTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff consented to and/or invited the conduct for which she seeks relief.

### SIXTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff knowingly and voluntarily waived her rights to obtain any or all of the relief sought in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Assuming Plaintiff has suffered any injury as the result of conduct by UAS, which is expressly denied, Plaintiff has failed to mitigate her damages, and to the

extent of such failure to mitigate, damages awarded to Plaintiff, if any, should be reduced accordingly.

### EIGHTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff's claims are subject to arbitration and/or a class action waiver.

### NINTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff has failed to allege fraud with requisite particularity.

### TENTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff claims are barred by the doctrines of estoppel, res judicata, laches, or waiver.

### ELEVENTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff has failed to allege a concrete injury in fact and lacks Article III standing.

### TWELFTH AFFIRMATIVE DEFENSE

UAS denies that Plaintiff has been damaged in any way, but if it should be determined that Plaintiff has been damaged, then UAS alleges such damage was not caused by UAS, but was proximately caused or contributed to by the conduct of others for whom UAS is not responsible or liable.

### THIRTEENTH AFFIRMATIVE DEFENSE

UAS alleges Plaintiff has failed to add necessary and indispensable parties.

## FOURTEENTH AFFIRMATIVE DEFENSE

UAS currently has insufficient information upon which to form a belief as to whether it has additional affirmative defenses available. UAS reserves its right to assert additional affirmative defenses in the event investigation and discovery indicate they would be appropriate.

WHEREFORE, UAS respectfully requests that:

1.    Plaintiff take nothing by way of her Complaint;

2.    Judgment of dismissal be entered in favor of UAS; and

3.    UAS be granted such other and further relief as the Court deems just and proper.

Dated:  8/3/16                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                        _/s/ James K. Schultz_
                                        James K. Schultz, Esq.
                                        Attorney for Defendant