ANNE RICHARDSON – SBN 151541
arichardson@publiccounsel.org
MAGDALENA REYES BORDEAUX – SBN 195671
mbordeaux@publiccounsel.org
CHARLES EVANS – SBN 251780
cevans@publiccounsel.org
ADELAIDE ANDERSON – SBN 270966
aanderson@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel.:  (213) 385-2977 | Fax:  (213) 385-9089

*Counsel for Plaintiff and Proposed Classes*
[additional counsel listed after caption]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DEBORAH TERRELL, an individual, on behalf of herself and similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY ACCOUNTING SERVICE, LLC; BALBOA STUDENT LOAN TRUST; TURNSTILE CAPITAL MANAGEMENT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01535-RGK-SP<br><br>**STIPULATION TO DISMISS ACTION**<br><br>Judge: Honorable R. Gary Klausner<br>Courtroom 850 |

1    *Additional Attorneys for Plaintiff and Proposed Classes*

2

3    FREDRIC D. WOOCHER – SBN 96689
     fwoocher@strumwooch.com
4    JENNA L. MIARA – SBN 305703
5    jmiara@strumwooch.com
     DALE LARSON – SBN 266165
6    dlarson@strumwooch.com
7    Strumwasser & Woocher LLP
     10940 Wilshire Boulevard, Suite 2000
8    Los Angeles, CA 90024
9    Telephone: 310.576.1233
     Facsimile: 310.319.0156
10

11   DAN STORMER – SBN 101967
     dstormer@hadsellstormer.com
12   CAITLAN MCLOON - SBN 302798
13   cmcloon@hadsellstormer.com
     Hadsell Stormer & Renick LLP
14   128 N. Fair Oaks Avenue
15   Pasadena, CA 91103
     Telephone: 626.585.9600
16   Facsimile: 626.577.7079

17

18

19

20

21

22

23

24

25

26

27

28

1    *Attorneys for Defendants*

2

3    FREDRICK S. LEVIN – SBN 187603     JAMES K. SCHULTZ – SBN 309945
     flevin@buckleysandler.com               jschultz@sessions.legal

4    DANIEL R. PALUCH – SBN 287231     Sessions, Fishman, Nathan & Israel,
     dpaluch@buckleysandler.com             LLC

5    BuckleySandler LLP                       120 South LaSalle Street, Suite 1960

6    100 Wilshire Boulevard, Suite 1000     Chicago, Illinois 60603-3561

7    Santa Monica, CA 90401                Telephone: 312.578.0993
     Telephone: 310.424.3900              Facsimile: 312.578.0991

8    Facsimile: 310.424.3960              *Attorneys for Defendant*

9    *Attorneys for Defendant*           *University Accounting Service, LLC*
     *Balboa Student Loan Trust*

10

11    DOUGLAS R. COX
     dcox@gibsondunn.com

12    LUCAS C. TOWNSEND

13    ltownsend@gibsondunn.com
     RUSSELL B. BALIKIAN

14    rbalikian@gibsondunn.com

15    Gibson, Dunn & Crutcher LLP
     1050 Connecticut Avenue, N.W.

16    Washington, DC 20036

17    Telephone: 202.955.8500
     Facsimile: 202.467.0539

18

19    JAMES L. ZELENAY JR. – SBN
     237339

20    jzelenay@gibsondunn.com

21    Gibson, Dunn & Crutcher LLP
     333 South Grand Avenue

22    Los Angeles, CA 90071-3197

23    Telephone: 213.229.7449
     Facsimile: 213.229.6449

24    *Attorneys for Defendant*

25    *Turnstile Capital Management, LLC*

26

27

28

## STIPULATION TO DISMISS ACTION

WHEREAS, plaintiff Deborah Terrell ("Plaintiff") commenced this action on behalf of herself and similarly situated persons against defendants University Accounting Services, LLC, Balboa Student Loan Trust, Turnstile Capital Management, and Does 1 through 10 (together, "Defendants");

WHEREAS, Plaintiff claims that Defendants are liable for injuries suffered as a result of violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, *et seq.*, the Consumer Legal Remedies Act, California Civil Code § 1750, *et seq.*, and California Business & Professions Code § 17200, *et seq.*, by one or more of the Defendants;

WHEREAS, Defendants dispute Plaintiff's claims;

WHEREAS, pursuant to a Joint Stipulation by Plaintiff and the Defendants (hereinafter jointly referred to as the "Parties"), this action was stayed pending arbitration on September 1, 2016;

WHEREAS, the Parties have reached a settlement of Plaintiff's individual claims; and

WHEREAS, the Parties' settlement includes a dismissal with prejudice of Plaintiff's individual claims in this action and a dismissal without prejudice as to the claims of the putative class;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), to dismiss this matter as follows:

1) The claims of the putative class are to be dismissed without prejudice; and

2) Plaintiff's individual claims are to be dismissed with prejudice.

There will be no award of fees or costs to either party, as each party will bear its/her own attorneys' fees and costs beyond those accounted for in the settlement agreement.

1  SO STIPULATED:

2  Dated:  November 17, 2016

3

4        The undersigned counsel for Plaintiff and Proposed Classes certifies that all
   other signatories listed, and on whose behalf the filing is submitted, concur in the
5  filing's content and have authorized the filing.

6

7                                    *Attorneys for Plaintiff and Proposed Classes*

8                                    Anne Richardson
9                                    Magdalena Reyes Bordeaux
                                     Charles Evans
10                                   L. Adelaide Anderson
11                                   PUBLIC COUNSEL

12                                   Frederic D. Woocher
13                                   Jenna L. Miara
                                     Dale Larson
14                                   STRUMWASSER & WOOCHER LLP

15                                   Dan Stormer
16                                   Caitlin McLoon
17                                   HADSELL STORMER & RENICK LLP

18                                   By:    /s/ Anne Richardson
19                                          Anne Richardson

20

21

22

23

24

25

26

27

28

1  SO STIPULATED:

2                                    *Attorneys for Defendants*

3                                    Fredrick S. Levin
4                                    Daniel R. Paluch
5                                    BUCKLEYSANDLER LLP

6                                    By:    /s/ Fredrick S. Levin
                                            Fredrick S. Levin
7                                    *Attorneys for Defendant*
8                                    *Balboa Student Loan Trust*

9

10                                   Douglas R. Cox
                                     Lucas C. Townsend
11                                   James L. Zelenay, Jr.
                                     Russell B. Balikian
12                                   GIBSON, DUNN & CRUTCHER LLP
13

14                                   By:    /s/ Douglas R. Cox
                                            Douglas R. Cox
15                                   *Attorneys for Defendant*
16                                   *Turnstile Capital Management, LLC*

17

18                                   James K. Schultz
19                                   SESSIONS FISHMAN NATHAN AND
                                     ISRAEL LLC
20

21                                   By:    /s/ James K. Schultz
                                            James K. Schultz
22                                   *Attorneys for Defendant*
23                                   *University Accounting Service, LLC*

24

25

26

27

28